WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
   Attorney for Plaintiff

FILED'05 JUN 30 14:44USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**JERRY DILL,**　　　　　　　　　　　　　　　　　　　CV # 03-757-HA

　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　　ORDER

**COMMISSIONER of Social Security,**

　　Defendant.

---

Attorney fees in the amount of $4,600.00 and expenses in the amount of $21.41 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $181.40 are awarded pursuant to 28 U.S.C. § 1920.

DATED this 30 day of June, 2005.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge

Submitted on June 28, 2005 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
   Attorney for Plaintiff

ORDER - Page 1

Jerry Dill
CIVIL ACTION NO. 03-757-HA

Federal Court Expenses:

    Filing and service postage for Plaintiff's Federal Court Complaint and Supporting Documents .................................. $17.40

    Filing and service postage for Plaintiff's Opening Brief ................ $3.18

    Filing postage for Plaintiff's Reply Brief ............................ $0.83

Total Expenses: **$21.41.**

Federal Court Costs:

    Federal Court filing fee ...................................... $150.00

    Copy costs for Plaintiff's Federal Court Complaint and Supporting Documents ................................................. $7.00

    Copy costs for Plaintiff's Opening Brief ........................... $19.00

    Copy costs for Plaintiff's Reply Brief .............................. $5.40

Total Costs: **$181.40.**